IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JAMES EVERETTE CARTER,

      Plaintiff,

v.                                  CASE NO.  5:05cv172-RH/WCS

JAMES V. CROSBY, et al.,

      Defendants.

_____/

**ORDER DENYING MOTION FOR PRELIMINARY INJUNCTION**

This matter is before the court on the magistrate judge's report and recommendation (document 29), to which no objections have been filed. Upon consideration,

      IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. Plaintiff's motion for a temporary restraining order and/or preliminary injunction (document 3) is DENIED. This matter is remanded to the magistrate judge for further proceedings.

      SO ORDERED this 21st day of December, 2005.

                                    s/Robert L. Hinkle
                                    Chief United States District Judge